IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>ROBERT VINCENT HARRIS,<br><br>　　　　　Defendant. | 4:23CR3057<br><br><br>ORDER |

　　　Defendant Robert Vincent Harris has moved to continue the trial (Filing No. 33). The Court held a conference with the parties on February 15, 2024 regarding this Motion. During this conference, counsel indicated Defendant has been unable to adequately discuss with his counsel alternatives to trial and trial strategy due to Defendant's treatment regimen and status. Such barriers have been recently resolved. The motion to continue is unopposed. Accordingly,

　　　IT IS ORDERED:

1) Defendant's motion to continue (Filing No. 33) is granted. No further continuances will be granted absent a substantial showing of good cause.

2) The trial of this case is set to commence before the Honorable John M. Gerrard, Senior United States District Judge, in Courtroom 1, United States Courthouse, Lincoln, Nebraska, at 9:00 a.m. on April 8, 2024, or as soon thereafter as the case may be called, for a duration of four (4) trial days. Jury selection will be held at commencement of trial.

3) The time between today's date and April 8, 2024, shall be deemed excludable time in any computation of time under the requirements of the Speedy Trial Act, because although counsel have been duly diligent, additional time is needed to adequately prepare this case for trial and failing to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(1), (h)(6) & (h)(7). Failing to timely object to this order as provided under this court's local rules will be deemed a waiver of any

2

right to later claim the time should not have been excluded under the Speedy Trial Act.

Dated this 16th day of February, 2024.

BY THE COURT:

*s/ Jacqueline M. DeLuca*
United States Magistrate Judge

2