IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ROBERT VINCENT HARRIS,<br><br>Defendant. | 4:23-CR-3057<br><br>ORDER |

The above-named defendant is seeking relief under 28 U.S.C. § 2255 and is eligible for appointment of counsel pursuant to the Criminal Justice Act, 18 U.S.C. § 3006A, and Amended Criminal Justice Act Plan for the District of Nebraska. Accordingly,

IT IS ORDERED:

1. The defendant's motion to appoint counsel (filing 107) is granted.

2. Michael D. Gooch is appointed, and shall promptly enter an appearance as counsel for the above-named defendant.

3. The Federal Public Defender's Office shall provide counsel with a draft appointment order (CJA Form 20) bearing the name and other identifying information of the CJA Panel attorney identified in accordance with the Criminal Justice Act Plan for this district.

4. If upon his review, appointed counsel should conclude that the defendant has no non-frivolous grounds for relief, he may move to withdraw as counsel.

5. The Clerk shall provide a copy of this order to the Federal Public Defender for the District of Nebraska and to the appointed attorney.

6. The Clerk shall mail a copy of this order to the defendant at his address of record.

Dated this 8th day of September, 2026.

BY THE COURT:

John M. Gerrard
Senior United States District Judge